IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

R. LEE GREER                                                           PLAINTIFF

VERSUS                                         CIVIL ACTION NO. 1:02cv369LG-RHW

JO ANNE BARNHART,                                         DEFENDANT
COMMISSIONER OF SOCIAL SECURITY

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of United States Magistrate Judge Robert H. Walker [10-1] entered in this cause on August 22, 2005. The Court, having adopted said Report and Recommendation as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS ORDERED AND ADJUDGED** that the above captioned cause be, and the same hereby is, dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 14th day of December, 2005.

                                                                 s/ Louis Guirola, Jr.
                                                                 LOUIS GUIROLA, JR.
                                                                 UNITED STATES DISTRICT JUDGE